**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
TDCJ Home
New Offender Search



# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04142245 |
| **TDCJ Number:** | 02055348 |
| **Name:** | PETRIE,JAMES BRIAN |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1970-08-12 |
| **Maximum Sentence Date:** | 2022-03-19 |
| **Current Facility:** | ESTELLE |
| **Projected Release Date:** | 2022-03-19 |
| **Parole Eligibility Date:** | 2019-03-19 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day*
*on visitation days.* **Because this information is subject to change, family members and**
**friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |